## Case No. 5,022.

FOYE v. DABNEY et al.

[1 Spr. 212.] [1]

District Court. D. Massachusetts. Jan., 1853.

[1] [Reported by F. E. Parker, Esq., assisted by Charles Francis Adams, Jr., Esq., and here reprinted by permission.]

J. H. Prince, for libellant.
R. H. Dana, Jr., for respondents.

THE COURT held, that the discharge of the second mate was not voluntary on his part, but coerced by the illegal conduct of the master, and that he was entitled to compensation as for a wrongful discharge. That the measure of damages was not, necessarily, his wages for the whole voyage. See Hunt v. Colburn [Case No. 6,886]; Sheffield v. Page [Id. 12,743].

His contract wages and expenses were allowed, up to the time when he might have reached his original home port, deducting what he had actually earned, or might have earned, on his passage home.